FILED

JAN 12 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV-08-80230 MISC VRW |
| Anthony Todd Woods,<br>State Bar No 176154 | ORDER |
| / | ENTERED IN CIVIL DOCKET JAN 1 6 2009 |

On November 24, 20008, the court issued an order to show cause (OSC) why Anthony Todd Woods should not be removed from the roll of attorneys authorized to practice law before this court, based on administrative enrollment by the State Bar pursuant to Rule 9.21 of the California Rules of Court as inactive, effective September 12, 2008. Mr Woods has now resigned with charges pending.

The OSC was mailed to Mr Woods' address of record with the State Bar and returned by the post office unclaimed. No response to the OSC has been filed.

The court now orders Anthony Todd Woods removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


In the matter of:

Anthony Todd Woods ,

_____/

Case Number: C 08-80230 MISC VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Todd Woods
11222 B Street, Ste 220
Hayward, CA 94541


Dated: January 12, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*